1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

SEP 02 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>DAGOBERTO FRANCO PENALOZA,<br><br>              Defendant. | CASE NO. 1:20-MJ-00038 EPG<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER THEREON |

    The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

    At the time that the government sought the complaint and issuance of a warrant in this matter for a violation of 18 U.S.C. §1071, we anticipated the filing of state charges. However, the Merced County District Attorney's Office has not made a charging decision on the underlying case in this matter. It is therefore requested that this matter be dismissed and the arrest warrant that issued herein be recalled.

Dated: September 1, 2021                   PHILLIP A. TALBERT
                                           Acting United States Attorney

                                     By:   /s/ KAREN A. ESCOBAR
                                           KAREN A. ESCOBAR
                                           Assistant United States Attorney

# ORDER

IT IS SO ORDERED this  2  day of  September, 2021.

_____
ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE